**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| CAROLYN BURRELL, | § | |
| *Plaintiff*, | § | |
| | § | Civ. Action No. 4:09-CV-03932 |
| v. | § | |
| | § | |
| UNIVERSITY OF TEXAS MEDICAL | § | |
| BRANCH, | § | |
| *Defendant*. | § | |

---

### DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S ORIGINAL COMPLAINT
---

TO THE HONORABLE GRAY H. MILLER:

Defendant University of Texas Medical Branch at Galveston, by and through its undersigned attorney, files this Motion to Dismiss pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure to dismiss Plaintiff's Original Complaint. Plaintiff's claims against Defendant should be dismissed because: (1) Plaintiff failed to file her claim under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, within the requisite statutory period; (2) Plaintiff's claim under 42 U.S.C. § 1981 is barred by the Eleventh Amendment; and (3) Plaintiff has failed to state a claim under Title II of the American with Disabilities Act, 42 U.S.C. § 12101 *et seq.* The legal and factual grounds upon which Defendant relies in support of its motion are set forth in its supporting memorandum of law in accordance with Local Rule 7.1.

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that the

Court issue an order dismissing Plaintiff's Original Complaint and awarding Defendant such

costs as were incurred in bringing this motion.


Dated: February 22, 2010

GREG ABBOTT
Attorney General of Texas

C. ANDREW WEBER
First Assistant Attorney General

DAVID S. MORALES
Deputy Attorney General for Civil Litigation

ROBERT B. O'KEEFE
Chief, General Litigation Division


/s/ Darren G. Gibson
**DARREN G. GIBSON**
Attorney-in-Charge
Texas Bar No. 24068846
Southern District No. 1041236
Darren.Gibson@oag.state.tx.us
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX

*ATTORNEYS FOR DEFENDANT*
*UNIVERSITY OF TEXAS MEDICAL*
*BRANCH AT GALVESTON*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of *Defendant's Motion to Dismiss Plaintiff's Original Complaint* was served via *CM/ECF* on February 22, 2010, to:

John-Baptist A. Sekumade, Esq.
NAACP Houston Branch
2002 Wheeler Avenue
Houston, Texas 77004
zululawyer@aol.com
*Attorney for Plaintiff*


/s/ Darren G. Gibson
**DARREN G. GIBSON**
Assistant Attorney General