IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CAROLYN BURRELL, | § |
|     *Plaintiff*, | § |
| | §    Civ. Action No. 4:09-CV-03932 |
| v. | § |
| | § |
| UNIVERSITY OF TEXAS MEDICAL BRANCH, | § |
| | § |
|     *Defendant*. | § |

___

**DEFENDANT UTMB'S RESPONSE TO PLAINTIFF'S
MOTION FOR LEAVE TO FILE AN AMENDED PLEADING**
___

TO THE HONORABLE GRAY H. MILLER:

    Defendant University of Texas Medical Branch at Galveston ("UTMB"), by and through its undersigned attorney, files this Response to Plaintiff's Motion For Leave to File an Amended Pleading (Dkt. # 5). The proposed amendment (Dkt. # 5-1) is essentially the same as Plaintiff's prior complaint, except that Plaintiff has added an individual defendant, Paul Brown.[1] Unfortunately, Plaintiff's did not confer with UTMB's counsel in accordance with Local Rule 7.1(D) prior to filing the motion to amend. Although the proposed amendment is futile and subject to dismissal for the same reasons as stated in UTMB's prior motion to dismiss (Dkt. ## 3, 4), UTMB does not oppose Plaintiff's motion to amend at this stage. Rather, UTMB reserves the right to move to dismiss the amended complaint, should the Court decide to grant Plaintiff's motion to amend.

___

[1] Indeed, Plaintiff's proposed amended complaint contains some of the same errors identified in Defendant's motion to dismiss brief (Dkt. # 4), including citing to the American with Disabilities Act (Dkt. #5-1, ¶ 4), even though the amended complaint contains no allegations that Plaintiff is even disabled, much less that she was discriminated against on the basis of her disability.

*Defendant UTMB's Response to Plaintiff's Motion to Amend*                              1

Dated:  March 12, 2010

GREG ABBOTT
Attorney General of Texas

C. ANDREW WEBER
First Assistant Attorney General

DAVID S. MORALES
Deputy Attorney General for Civil Litigation

ROBERT B. O'KEEFE
Chief, General Litigation Division


/s/ Darren G. Gibson_____
**DARREN G. GIBSON**
Attorney-in-Charge
Texas Bar No. 24068846
Southern District No. 1041236
Darren.Gibson@oag.state.tx.us
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX

*ATTORNEYS FOR DEFENDANT*
*UNIVERSITY OF TEXAS MEDICAL*
*BRANCH AT GALVESTON*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of *Defendant's Response to Plaintiff's Motion For Leave to File an Amended Pleading* was served via *CM/ECF* on March 12, 2010, to:

John-Baptist A. Sekumade, Esq.
7324 Southwest Freeway
Suite 910
Houston, Texas 77074
zululawyer@aol.com
*Attorney for Plaintiff*

/s/ Darren G. Gibson
**DARREN G. GIBSON**
Assistant Attorney General